# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Rachelle Ruiz-Fane,                          Case No. 3:19-CV-00112

    Plaintiff

    v.                                  **JUDGMENT ENTRY**

Lucas County Sheriff John Tharp, *et al.*,

    Defendants.

In accordance with the order filed contemporaneously with this judgment entry, it is hereby

    ORDERED THAT:

1. Defendants' motion for summary judgment (Doc. 42) as to plaintiff's Title VII disparate treatment, Title VII hostile work environment, Title VII retaliation, and FMLA claims shall be, and hereby is, granted;

2. Plaintiff's motion for summary judgment (Doc. 46) as to her Title VII disparate treatment, Title VII hostile work environment, Title VII retaliation, and FMLA claims shall be, and hereby is, denied;

3. I decline to exercise supplemental jurisdiction over plaintiff's state-law claims; and

4. The Clerk shall mark this matter closed.

So ordered.

                                                               <u>James G. Carr</u>
                                                               Sr. U.S. District Judge